UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA MCCARTHY, <br><br> Defendant. | Case No. 14-cv-01013-WHO <br><br> **ORDER DENYING MOTION TO RELATE CASES** <br><br> Re: Dkt. No. 40 |

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 and has determined that the case of *Center for Environmental Health, et al. v. McCarthy, et al.*, No. 3:15-cv-02939-LB is not related to the present case under Local Rule 3-12. Plaintiffs' motion is **DENIED**, and the new case shall be assigned according to normal procedures.

**IT IS SO ORDERED**.

Dated: July 17, 2015

WILLIAM H. ORRICK
United States District Judge